Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65193.—W. R. Zanes & Company v. United States, protest 274719–K (Galveston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 24, 1961

No. 65194.—H. B. Lehman Connor Co., Inc. v. United States, protests 58/11079 and 58/16691 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 65195.—T. R. Booth & Company v. United States, protest 60/7503–11287 (Chicago).

Opinion by RAO, J. The protest was dismissed for want of prosecution.

No. 65196.—T. R. Booth & Company v. United States, protest 60/7504–11291 (Chicago).

Opinion by RAO, J. The protest was dismissed for want of prosecution.

FEBRUARY 20, 1961

No. 65197.—SUIT 5031.—United States v. Border Brokerage Co.——C.D. 2131 reversed November 17, 1960. C.A.D. 754.

FEBRUARY 23, 1961

No. 65198.—Suit 5038.—John B. Hewett Co., Inc. v. United States.——C.D. 2140 affirmed November 17, 1960. C.A.D. 757.